**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  | CIVIL ACTION NOS. |
|---|---|---|
|  | : |  |
| WILSON | : | 02-3878 |
| RETES | : | 02-3888 |
| LUX, *et al.* | : | 02-3904 |
| JACKSON, *et al.* | : | 02-3921 |
| GUZZETTA, *et al.* | : | 02-3960 |
| FAGAN, *et al.* | : | 02-3965 |
| GREEN | : | 02-3989 |
| NELSON, *et al.* | : | 02-4120 |
| ASHTON, *et al.* | : | 02-4155 |
| MCNALLY, *et al* | : | 02-4159 |
| EVERETT, *et al.* | : | 02-4191 |
| CASTELAZ, *et al.* | : | 02-4192 |
| PERRY | : | 02-4249 |
| NAPIER, *et al.* | : | 02-4256 |
| POWERS, *et al.* | : | 02-4260 |
| SANTOS, *et al.* | : | 02-4272 |
| PRICE | : | 02-4299 |
| SHULDA | : | 02-4307 |
|  | : |  |
| VS. | : |  |
|  | : |  |
| BAYER CORPORATION, *et al.* | : |  |

**O R D E R**

**AND NOW,** this _____ day of July, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[     ]    -    Order staying these proceedings pending disposition of a related action.

[     ]    -    Order staying these proceedings pending determination of arbitration proceedings.

[     ]    -    Interlocutory appeal filed.

[  X  ]    -    Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota</u>.

It is

**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____

**Herbert J. Hutton, Judge**